IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT SHEPARD,

    Plaintiff,

v.          4:11cv451-WS

STEVEN SINGER, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed February 6, 2012.  The magistrate judge recommends that this case be dismissed as frivolous.  The plaintiff has filed objections (doc. 15) to the magistrate judge's report and recommendation.

The court has reviewed the record in light of the plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference in this order.

    2.  The plaintiff's complaint, and this action, are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous.

Page 2 of 2

3.  The clerk shall enter judgment stating: "All claims are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)."

DONE AND ORDERED this ___16th___ day of ___February___, 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE